UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BARKER, et al.,

        Plaintiffs,

v.                                        Case No. 23-11542
                                             Honorable Nancy G. Edmunds

STA MANAGEMENT, LLC, et al.,

        Defendants,

_____/

## **ORDER FOR ADMINISTRATIVE CLOSING**

This case involves allegations that Defendants failed to comply with the Fair Labor Standards Act with regard to their delivery drivers. The parties are litigating the state court companion case filed in Wayne County Circuit Court. They agree that final resolution of that matter may be dispositive of or impact the claims in this case. Therefore, the parties jointly request that this matter be administratively closed to preserve the status quo in the event the case needs to be reopened and to prevent the unnecessary duplication of resources. Now, therefore,

IT IS HEREBY ORDERED that this case is closed for administrative purposes without prejudice.

IT IS FURTHER ORDERED that this closing does not constitute a dismissal or a decision on the merits.

IT IS FURTHER ORDERED that when the Wayne County Circuit Court companion case has been resolved, this case may be reopened on motion of any party.

SO ORDERED.

s/Nancy G. Edmunds<br>
Nancy G. Edmunds<br>
United States District Judge

Dated: January 12, 2026